**Opinion issued May 16, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00219-CR

————————————

**STEVEN ANDRUE ACUNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1525069**

---

## MEMORANDUM OPINION

Appellant, Steven Andrue Acuna, has filed a motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). Although the motion does not contain a certificate of conference, it contains a certificate of service on counsel for the State, has been on file with this Court for more than ten days with no

response, and no opinion has issued.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.2(a).

Accordingly, we grant the motion and dismiss this appeal.[1]  *See* TEX. R. APP. P. 42.2(a), 43.2(f).

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Brown.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1] Appellant's notice of appeal from trial court cause number 1536202 has been assigned to appellate cause number 01-17-00220-CR.